IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAHAMAT SOULEYMAN SOLEYMAN,** | ) | |
| Petitioner, | ) | |
| v. | ) | 3:26cv994 |
| | ) | **Electronic Filing** |
| **WARDEN OF MOSHANNON VALLEY ICE PROCESSING CENTER, TODD LYONS, MARKWAYNE MULLIN, TODD BLANCHE,** | ) | |
| Respondents. | ) | |

## CASE MANAGEMENT ORDER

AND NOW, this 29th day of May, 2026, IT IS HEREBY ORDERED as follows:

1. **Service**. Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at: usapaw.civ.imm.2241.moshannon@usdoj.gov. The subject line of the email shall contain the case caption and case number of this matter. If the Petition contains voluminous exhibits, they need not be emailed.[1] The email service shall be deemed sufficient to accomplish formal service of the Petition. No other documents, pleadings, or motions may be emailed to this email address.

2. **Certificate of compliance of service.** Upon completion of service via e-mail as reflected in Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of service.

3. **Respondents' counsel notice of appearances**. Counsel for Respondents shall file a notice of appearance within **3 days** of the filing of Petitioner's Certificate of Compliance of Service.

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondents' counsel.

4. **Respondents' response to the petition.** Respondents shall file any responses or answers to the petition within **10 days** of the date of service. Responses are limited to 25 pages, double-spaced and must comply with the formatting requirements set forth in Local Rule 5.1B. Respondents shall address all issues fairly presented by petitioner within the briefing schedule and accompanying limitations.

5. Respondents also shall file a response to Petitioner's Motion to Proceed with a Pseudonym on or before **5 days** from the government counsel's entry of appearance.

6. Petitioner may file a reply to the response on or before **7 days** from the filing of the response.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: Rafael Urena, Esquire

(*Via CM/ECF Electronic Mail*)